HOWARD A. ABBUHL et al., Respondents, v AMERICU CREDIT UNION, Appellant. [910 NYS2d 401]—Appeal from an order of the Oneida County Court (Michael L. Dwyer, J.), entered July 6, 2009. The order affirmed a judgment (denominated order) of the Utica City Court, which granted plaintiffs' motion for summary judgment and awarded judgment to plaintiffs in the amount of $7,391 plus interest.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs for reasons stated in the deci-

sion at County Court. Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.